UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSE F. WILLIAMS                                                                            PETITIONER
ADC #115281

V.                         NO. 5:17CV00059-SWW-JTR

WENDY KELLEY, Director                                                              RESPONDENT
Arkansas Department of Correction

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Susan Webber Wright. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### I. Introduction

Petitioner, Jose F. Williams ("Williams"), an Arkansas Department of Correction inmate, has filed a 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus, an Amended § 2254 Petition, and a Motion for Leave to Proceed *In Forma Pauperis*. *Docs. 1, 2 & 3*. In his Petition and Amended Petition, Williams raises various habeas

claims challenging his 2004 convictions and sentences for aggravated robbery and theft of property, from Pulaski County, Arkansas.[1]

In December 2009, Williams challenged the same convictions in a § 2254 habeas action filed in the Eastern District of Arkansas. *Williams v. Norris*, No. 5:09cv00386-SWW. On March 10, 2011, United States District Judge Susan Webber Wright dismissed that case, with prejudice, because Williams's claims were barred by the one-year statute of limitations applicable to federal habeas petitions. *Id. at docs. 16-19*. Williams did not appeal the denial of habeas relief.

On January 17, 2012, Williams filed a second § 2254 habeas action challenging the same convictions. *Williams v. Hobbs*, No. 5:12cv00025-SWW. Judge Wright dismissed the case, without prejudice, to allow Williams to seek permission from the Eighth Circuit Court of Appeals to file a second or successive § 2254 petition. *Id. at docs. 11 & 12*.

On March 5, 2012, Williams filed, with the Eighth Circuit, an application for permission to file a successive § 2254 habeas petition challenging the Pulaski County convictions. The Eighth Circuit denied that application. *Williams v. Hobbs*, No. 12-1523 (8th Cir. May 1, 2012).

---

[1] Williams was sentenced to twelve years of imprisonment for aggravated robbery and theft of property, with a consecutive five-year imprisonment term for using a firearm in commission of the aggravated robbery. His convictions and sentences were affirmed on direct appeal. *Williams v. State,* 364 Ark. 203, 217 S.W.3d 817 (2005).

## II. Discussion

Williams has filed yet another successive § 2254 habeas action challenging his 2004 convictions and sentences from Pulaski County, Arkansas. Only the Eighth Circuit Court of Appeals has the authority to grant a habeas petitioner permission to file a successive § 2254 habeas action. *See* 28 U.S.C. § 2244(b)(3)(A) ("Before a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application."). Until Williams obtains the required authorization from the Eighth Circuit, this Court lacks jurisdiction to proceed. *Burton v. Stewart*, 549 U.S. 147, 152-53, 157 (2007).

## III. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1.      Williams's Motion for Leave to Proceed *In Forma Pauperis*, *Doc. 1*, be GRANTED;

2.      Williams's 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus, and his Amended Petition for Writ of Habeas Corpus, *Docs. 2 & 3*, be DISMISSED, WITHOUT PREJUDICE, so that Williams may seek authorization from the Eighth Circuit Court of Appeals, pursuant to 28 U.S.C. § 2244(b)(3)(A), to file a successive habeas petition; and

3.      A Certificate of Appealability be DENIED, *see* 28 U.S.C. § 2253(c)(1)-(2); Rule 11(a), Rules Governing § 2254 Cases in United States District Courts.

DATED this 7th day of April, 2017.

_____
UNITED STATES MAGISTRATE JUDGE